■ In the Matter of LAIDLAW ENERGY AND ENVIRONMENTAL, INC., Appellant, v TOWN OF ELLICOTTVILLE et al., Respondents. [907 NYS2d 918]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Frank A. Sedita, Jr., J.), entered July 23, 2009 in a proceeding pursuant to CPLR article 78. The judgment denied the petition seeking to annul the determination of respondents.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Martoche, J.P., Carni, Green, Pine and Gorski, JJ.